No. 9376.

## HISEY *v.* TROUTMAN.

LANDLORD AND TENANT.—*Lease.*—*Parol Reservation of Crops.*—There may be a valid parol reservation of the landlord's share of growing wheat from a written lease under which the lessee is to have possession of the land before the maturity of the crop.

PLEADING.—*Practice.*—*Demurrer.*—It is not cause for demurrer that a pleading is argumentative.

From the Harrison Circuit Court.

*S. M. Stockslager* and *B. P. Douglass,* for appellant.

*W. N. Tracewell* and *R. J. Tracewell,* for appellee.

WOODS, J.—Action of replevin. The question in the case is whether there may be a parol reservation of the landlord's share in growing wheat from a written lease of the land which takes effect, and under which the lessee takes possession, before the maturity of the crop. This court has held that the grantor, in a deed in fee, may avail himself of a parol reservation of growing crops. This conceded, there can be no reason in principle for not applying the same rule to a lease for a term of years.

The question in this case arises upon the ruling of the court upon a demurrer to the reply; and counsel insist that the reply is argumentative, and therefore demurrable. It is not cause

for demurrer that the pleading is argumentative. *Stoddard* v. *Johnson*, 75 Ind. 20; *Nicholson* v. *Caress*, 76 Ind. 24; *Judah* v. *Trustees, etc.*, 23 Ind. 272.

Judgment reversed, with costs, and with instructions to overrule the demurrer to the reply.